IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC LEE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER R. BAGWELL<br>(556) CONYERS P.D., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-2667-TWT |

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Brown\11cv2667\r&r.wpd